# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

DAMANY WALKER
*Defendant*

MAGISTRATE JUDGE: WALDOR

CASE NO. 24-407-MCA

DATE OF PROCEEDINGS: 6/27/24

DATE OF ARREST: 6/27/24

**PROCEEDINGS:** Initial

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [x] APPT. OF COUNSEL: [ ] AFPD [x] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [x] PLEA ENTERED: [ ] GUILTY [x] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [x] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: ____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: 50,000
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED ____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: ____

DATE: ____
DATE: ____
DATE: ____
DATE: ____
DATE: ____

**APPEARANCES:**

AUSA: JESSICA R. ECKER

DEFT. COUNSEL: Michael Rosas

PROBATION: ____

INTERPRETER ____
Language: ____

TIME COMMENCED: 7:27 pm
TIME TERMINATED: 3:53 pm
CD NO: ECR

_____
DEPUTY CLERK