## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| | : | |
| v. | : | Crim. No. 24-407 |
| | : | |
| KEVIN FRINK | : | **TRAVEL ORDER** |

This matter having come before the Court on the application of Defendant Kevin Frink (by Sarah A. Sulkowski, Esq., appearing), with the consent of the Government (Philip R. Sellinger, United States Attorney for the District of New Jersey, by Katherine M. Romano and Jessica R. Ecker, Assistant U.S. Attorneys, appearing), and for good cause shown,

It is on this ___ day of August, 2024, ORDERED that Defendant Kevin Frink be permitted to travel outside the United States from Friday, August 30, 2024 through Friday, September 6, 2024, on a cruise departing from and returning to Boston, Massachusetts, stopping at ports in the northeastern United States and Canada, and that Pretrial Services return Mr. Frink's passport to him during and for the purposes of this travel.

IT IS SO ORDERED.


_s/Cathy L. Waldor  8/19/24
Honorable Cathy L. Waldor
United States Magistrate Judge