UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TIMOTHY BOGEN, *et al.*<br><br>Defendants. | Case No.: 2:24-cr-00407<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by way of application by Bruce S. Rosen, Esq. of the law firm Pashman Stein Walder Hayden, P.C., counsel for Defendant David Lonergan, and the Court having considered the matter, and for good cause shown:

**IT IS** on this _20_ day of _August_ 2024, **ORDERED** that

1. Criminal Justice Act Training Panel Attorney Sarah Fehm Stewart, Esq. of the law firm Duane Morris LLP is hereby appointed as Second Chair counsel for Defendant David Lonergan;

2. Ms. Stewart shall be compensated for her services as set forth in the Criminal Justice Act, 18 U.S.C. § 3006A(e)(3) and the Criminal Justice Act Guidelines.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. MADELINE COX ARLEO, USDJ