UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TIMOTHY BOGEN, *et al.*<br><br>Defendants. | Case No.: 2:24-cr-00407<br><br>**TRAVEL CONSENT ORDER** |

**THIS MATTER** having been brought before the Court by Defendant David Lonergan (by Bruce S. Rosen, Esq. and Sarah Fehm Stewart, Esq.), with the consent of the Government (by Katherine M. Romano and Jessica R. Ecker, Assistant U.S. Attorneys), and with the consent of Pretrial Services (by Kadian Hammon, Pretrial Services Officer for the Eastern District of New York) and for good cause shown:

**IT IS** on this 21 day of November 2024, **ORDERED** that Defendant David Lonergan be permitted to remain outside the United States in Ireland until January 11, 2025, for the purposes of receiving medical care, as Mr. Lonergan is eligible for Ireland's national health insurance.

**SO ORDERED.**

_____
HON.

CONSENTED AND AGREED TO BY:

By: /s/ Jessica R. Ecker
    Katherine M. Romano
    Jessica R. Ecker
    Assistant U.S. Attorney
    United States Attorney's Office
    District of New Jersey
    970 Broad St., 7th Floor
    Newark, New Jersey 07102
    973-353-6095
    katherine.romano@usdoj.gov
    jessica.ecker@usdoj.gov

Dated: November 15, 2024

By: /s/ Sarah Fehm Stewart
    Bruce S. Rosen
    Pashman Stein Walder Hayden PC
    101 Crawfords Corner Road, Suite 4202
    Holmdel, New Jersey 07733
    201-488-4878
    brosen@pashmanstein.com
    -and-
    Sarah Fehm Stewart
    Duane Morris LLP
    200 Campus Drive, Suite 300
    Florham Park, New Jersey 07932
    973-424-2061
    sfstewart@duanemorris.com

*Attorneys for Defendant David Lonergan*

Dated: November 15, 2024