UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| | : | Crim. No. 24-407 (MCA) |
| | : | |
| v. | : | |
| | : | |
| | : | **ORDER** |
| | : | |
| QUINTON JOHNSON | : | |

**THIS MATTER** having come before the Court on the application of the defendant, Quinton Johnson (by John J. McMahon, Esq.) with the consent of the Government (Assistant U.S. Attorneys Katherine M. Romano and Jessica R. Ecker appearing), and for good cause shown,

**IT IS** on this 27th of February 2025,

**HEREBY ORDERED** that defendant Quinton Johnson's pretrial motions shall be filed on or before March 17, 2025, it is

**FURTHER ORDERED** that the Government's response to defendant Quinton Johnson's pretrial motions shall be filed on or before April 17, 2025, and it is

**FURTHER ORDERED** that defendant Quinton Johnson's reply in support of his pretrial motions shall be filed on or before May 1, 2025.

_____
Honorable Madeline Cox Arleo
United States District Judge