UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 24-407 (MCA) |
| V. | |
| DION JACOB, | **ORDER EXTENDING TIME TO FILE MOTIONS** |
| Defendant. | |

**THIS MATTER** having come before the Court on the application of the defendant, Dion Jacob (by Julian Wilsey, Esq.) with the consent of the Government (Assistant U.S. Attorneys Katherine M. Romano and Jessica R. Ecker appearing), and for good cause shown,

**IT IS** on this 28th of February, 2025,

**HEREBY ORDERED** that the defendant Dion Jacob's pretrial motions, if any, shall be filed on or before March 17, 2025; and it is

**FURTHER ORDERED** that the Government's response to defendant Dion Jacob's pretrial motions, if any, shall be filed on or before April 17, 2025; and it is

**FURTHER ORDERED** that defendant Dion Jacob's reply in support of his pretrial motions, if any, shall be filed on or before May 1, 2025.

**IT IS SO ORDERED**,

_____
Honorable Madeline Cox Arleo
United States District Judge