# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK                                                              **Date:** 3/11/25

**JUDGE: MADELINE COX ARLEO**

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                       Docket No. 24-cr-407(MCA)-6

U.S.A. v. DAVID McBRIEN

**Appearances:**

Katherine Romano AUSA, for the Government
Jessica Ecker AUSA, for the Government
Michael Calabro, Esq., for the defendant McBRIEN

**Nature of proceedings**: PLEA HEARING

Ordered defendant sworn.
Deft. advised of rights.
Defendant pled guilty to the Indictment.
Rule 11 form filed.
ORDERED sentence date set for 7/24/25 at 2:00 p.m. (changed after hearing at counsel's request)
ORDERED continued bail.

Time Commenced 2:45 p.m.
Time Adjourned 3:05 p.m.

*Amy Andersonn*
Deputy Clerk