# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Crim. No. 24-407-MCA |
| | : | |
| KEVIN FRINK | : | **[PROPOSED] ORDER** |

This matter having come before the Court on the application of Defendant Kevin Frink (by Sarah A. Sulkowski, Esq., appearing), with the consent of the Government (John Giordano, United States Attorney for the District of New Jersey, by Katherine M. Romano and Jessica R. Ecker, Assistant U.S. Attorneys, appearing), and for good cause shown,

It is on this ___ day of March, 2025,

ORDERED that Defendant Kevin Frink's pretrial motions, if any, shall be filed on or before March 25, 2025; and it is further

ORDERED that the Government's response to Defendant Kevin Frink's pretrial motions, if any, shall be filed on or before April 25, 2025; and it is further

ORDERED that Defendant Kevin Frink's reply in support of his pretrial motions, if any, shall be filed on or before May 8, 2025.

IT IS SO ORDERED.

_____
Honorable Madeline Cox Arleo
United States District Judge